

**FILED**

Oct 12 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions***: *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v. Kealeon Shakur Dyer-Hogan

**CASE NUMBER:**

CR 21-396 JD

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✔ |
| **Total Number of Defendants:** | 1 ✔  2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔  OAK | SJ |
| **Is this a potential high-cost case?** | Yes | No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✔ |
| **Is this a RICO Act gang case?** | Yes | No ✔ |

**Assigned AUSA
(Lead Attorney):** Leif Dautch

**Date Submitted:** 10/12/2021

**Comments:**

This case is related to a pending criminal case that is already assigned to Judge Chesney
United States v. Dyer-Hogan, 19-cr-554-MMC.

RESET FORM     SAVE PDF

**FILED**

Oct 12 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,          )   CASE NO. CR21-396 JD
                                      )
12        Plaintiff,                  )   VIOLATIONS:
                                      )   18 U.S.C. § 1591(a), (b)(2) – Sex Trafficking of
13        v.                          )   Children
                                      )   18 U.S.C. § 1594(d)(1) – Forfeiture Allegation
14 KEALEON SHAKUR DYER-HOGAN,         )
                                      )
15        Defendant.                  )   SAN FRANCISCO VENUE
   _____)
16

17               I N F O R M A T I O N

18 The United States Attorney charges:

19

20 COUNT ONE:          (18 U.S.C. § 1591(a)(1), (b)(2) – Sex Trafficking of Children)

21        Between on or about July 3, 2021 and on or about July 22, 2021, in the Northern District of

22 California, the defendant,

23                KEALEON SHAKUR DYER-HOGAN,

24 in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, and

25 maintain a person, known here as Minor Victim 4, after having a reasonable opportunity to observe

26 Minor Victim 4, knowing and in reckless disregard of the fact that Minor Victim 4 had not attained the

27 age of eighteen years, and knowing and in reckless disregard of the fact that Minor Victim 4 would be

28 caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections

1591(a)(1) and (b)(2).

FORFEITURE ALLEGATION:        (18 U.S.C. § 1594(d)(1))

The allegations contained above are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 1594 (d)(1).

Upon conviction of the offense set forth in Count One, the defendant,

KEALEON SHAKUR DYER-HOGAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d)(1), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the violation described in Count One, including but not limited to a forfeiture money judgement and the following property:

a.   One Alcatel Android cell phone with IMEI 015727000611492 and assigned call number 831-707-6880;

b.   One Apple iPhone with IMEI 353218105808630, and assigned call number 510-776-3810; and

c.   One Hyundai Tucson vehicle with California license plate 5TJA035.

If any of the property described above, as a result of any act or omission of the defendant:

a.   cannot be located upon exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 1594(d)(1), and Federal Rule of Criminal Procedure 32.2.


DATED: October 12, 2021              STEPHANIE M. HINDS
Acting United States Attorney


*/s Leif Dautch*
LEIF DAUTCH
Assistant United States Attorney

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

## OFFENSE CHARGED

Count One: 18 U.S.C. § 1591(a), (b)(2) – Sex Trafficking of Children

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum penalties: lifetime imprisonment with 10-year mandatory minimum; lifetime supervised release with 5-year minimum term; $250,000 fine; $100 special assessment; restitution; forfeiture.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DEFENDANT - U.S

▶ Kealeon Shakur Dyer-Hogan

DISTRICT COURT NUMBER

CR21-396 JD

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE  } SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  }

Name and Office of Person Furnishing Information on this form    STEPHANIE M. HINDS

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Leif Dautch

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fug...

3) ☐ Is on Ba...

**IS IN CU...**

4) ☐ On this...

5) ☒ On ano...

6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed

DATE OF ARREST    Month/Day/Year
July 22, 2021

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

FILED

Oct 12 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:    Before Judge:

Comments: